UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Tasha N. Smith, | ) | CASE NO. 1:14 CV 2571 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| Vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | Order |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the Report and Recommendation ("R&R") of Magistrate Judge Kathleen B. Burke recommending that plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA")(Doc. 18) be GRANTED in PART and DENIED in PART. No objections have been filed. The Court has reviewed the R&R and finds no clear error. Accordingly, the R&R is ACCEPTED and, for the reasons stated therein, the motion is GRANTED in PART and DENIED in PART. The Court awards attorney fees in the amount of $6,947.95.

IT IS SO ORDERED.

                                  /s/ Patricia A. Gaughan
                                  PATRICIA A. GAUGHAN
                                  United States District Judge

Dated: 12/2/15